# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0238-S |
| | § | |
| DAMON LAMONT RICHARDS (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Amended Petition for Person Under Supervision [ECF No. 54] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant's term of Supervised Release. *See* Order [ECF No. 67]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") [ECF No. 72] pursuant to its Order. Defendant waived his right to object to the Recommendation. *See* ECF No. 72. The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant's term of Supervised Release be extended for a period of **nine months,** and that Defendant be electronically monitored for a term of **ninety days.**

**SO ORDERED.**

SIGNED March 27, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE